IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVANG PATEL | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 20-3856 |
| ATTORNEY GENERAL WILLIAM P. BARR, ET AL. | : |
| | : |

**ORDER**

**AND NOW**, this 13th day of August 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), Plaintiff's response thereto (ECF No. 11), Defendants' reply (ECF No. 12), and Plaintiff's Supplemental Brief Regarding Jurisdiction (ECF No. 6), and after a hearing with counsel (ECF Nos. 5, 9), it is **ORDERED**, consistent with the accompanying Memorandum, as follows:

1. The Motion to Dismiss is **DENIED**;

2. The Government's execution of Plaintiff Devang Patel's final order of removal (dated May 11, 2020) is **STAYED** until further order of the Court; and

3. Counsel for the Government must immediately serve a copy of this Order on the appropriate officials who have authority over ensuring compliance with this Order.

**IT IS SO ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ R. Barclay Surrick**
                                                **R. BARCLAY SURRICK, J.**