IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVANG PATEL | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 20-3856 |
| ATTORNEY GENERAL WILLIAM P. BARR, ET AL. | : |
| | : |

### O R D E R

**AND NOW**, this 24th day of November, 2020, upon consideration of Defendants' Motion for Reconsideration of the Court's August 13, 2020 Order (ECF No. 24), and Plaintiff's Response thereto (ECF No. 26), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ *R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**